# Exhibit B

# JUDICIAL SALE DEED



Doc# 1707216065 Fee $42.00

RHSP FEE:$9.00 RPRF FEE: $1.00
AFFIDAVIT FEE: $2.00
KAREN A.YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 03/13/2017 12:38 PM PG: 1 OF 3

THE GRANTOR, The Judicial Sales Corporation, an Illinois Corporation, pursuant to and under the authority conferred by the provisions of an Order Appointing Selling Officer and a Judgment entered by the Circuit Court of Cook County, Illinois, on August 3, 2016, in Case No. 16 CH 006232, entitled QUEEN'S PARK OVAL ASSET HOLDING TRUST vs. LOVIE CORNELIUS, et al, and pursuant to which the premises hereinafter described were sold at public sale pursuant to notice given in compliance with 735 ILCS 5/15-1507(c) by said grantor on December 12, 2016, does hereby grant, transfer, and convey to **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR QUEEN'S PARK OVAL ASSET HOLDING TRUST** the following described real estate situated in the County of Cook, in the State of Illinois, to have and to hold forever:

**THE EAST 65 FEET OF LOTS 1, 2, 3, 4,5, 6 AND 7 IN BLOCK "G" NEW ROSELAND SUBDIVISION NUMBER 2, BEING IN THE EAST HALF OF THE EAST HALF OF THE NORTHWEST 1/4 OF SECTION 32, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.**

Commonly known as 801 W. 129TH PLACE, CHICAGO, IL 60643

Property Index No. 25-32-214-049-0000

Grantor has caused its name to be signed to those present by its President and CEO on this 22nd day of February, 2017.

The Judicial Sales Corporation

BOX 70
Codilis & Associates, P.C.

By: _____
Nancy R. Vallone
President and Chief Executive Officer

Page 1 of 2                                     Case # 16 CH 006232

**Judicial Sale Deed**

Property Address: 801 W. 129TH PLACE, CHICAGO, IL 60643

State of IL, County of COOK ss, I, Maya T Jones, a Notary Public, in and for the County and State aforesaid, do hereby certify that Nancy R. Vallone, personally known to me to be the President and CEO of The Judicial Sales Corporation, appeared before me this day in person and acknowledged that as such President and CEO he/she signed and delivered the said Deed pursuant to authority given by the Board of Directors of said corporation, as his/her free and voluntary act, and as the free and voluntary act and Deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and seal on this

22nd day of February, 2017

_____
Notary Public

OFFICIAL SEAL
MAYA T JONES
Notary Public - State of Illinois
My Commission Expires Apr 20, 2019

This Deed was prepared by August R. Butera, The Judicial Sales Corporation, One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650.

Exempt under provision of Paragraph ___L___ Section 31-45 of the Real Estate Transfer Tax Law (35 ILCS 200/31-45).

2/24/17
Date

_____
Buyer, Seller or Representative

Robert Spickerman
ARDC# 6298715

This Deed is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps, pursuant to court order in Case Number 16 CH 006232.

Grantor's Name and Address:
THE JUDICIAL SALES CORPORATION
One South Wacker Drive, 24th Floor
Chicago, Illinois 60606-4650
(312)236-SALE

Grantee's Name and Address and mail tax bills to:
U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR QUEEN'S PARK OVAL ASSET HOLDING TRUST
5016 PARKWAY PLAZA BLVD, SUITE 200
Charlotte, NC, 28217

Contact Name and Address:

| | |
|---|---|
| Contact: | ROUNDPOINT MORTGAGE |
| | MICHAEL DANIELS/ CAGAN MGMT, AS AGENT |
| Address: | 3856 OAKTON ST |
| | SKOKIE, IL 60076 |
| Telephone: | 847-324-8979 |
| Email: | tramos@cagan.com |

Mail To:

M. Moses
CODILIS & ASSOCIATES, P.C.
Matthew Moses, ARDC #6278082
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL, 60527
(630) 794 5300
Att No. 21762
File No. 14-16-04781

REAL ESTATE TRANSFER TAX    07-Mar-2017
CHICAGO:   0.00
CTA:   0.00
TOTAL:   0.00 *

25-32-214-049-0000 | 20170301619508 | 0-542-059-200
* Total does not include any applicable penalty or interest due.

REAL ESTATE TRANSFER TAX    10-Mar-2017
COUNTY:   0.00
ILLINOIS:   0.00
TOTAL:   0.00

25-32-214-049-0000 | 20170301619508 | 0-536-865-472

Page 2 of 2

Case # 16 CH 006232

File # 14-16-04781

## STATEMENT BY GRANTOR AND GRANTEE

The Grantor or his agent affirms that, to the best of his knowledge, the name of the Grantee shown on the Deed of Assignment of Beneficial Interest in land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated __February 24, 2017__

Signature: _____
Grantor or Agent

Subscribed and sworn to before me
By the said ___Agent___
Date ___2/24/2017___
Notary Public _____

*OFFICIAL SEAL*
*SHERYL TALBOT*
*NOTARY PUBLIC - STATE OF ILLINOIS*
*MY COMMISSION EXPIRES:05/17/20*

Robert Spickerman
ARDC# 6298715

The Grantee or his Agent affirms and verifies that the name of the Grantee shown on the Deed or Assignment of Beneficial Interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated __February 24, 2017__

Signature: _____
Grantee or Agent

Subscribed and sworn to before me
By the said ___Agent___
Date ___2/24/2017___
Notary Public _____

*OFFICIAL SEAL*
*SHERYL TALBOT*
*NOTARY PUBLIC - STATE OF ILLINOIS*
*MY COMMISSION EXPIRES:05/17/20*

Robert Spickerman
ARDC# 6298715

Note: Any person who knowingly submits a false statement concerning the identity of Grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to Deed or ABI to be recorded in Cook County, Illinois if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)