# Exhibit C



**SPECIAL WARRANTY DEED**
**(Trust to Corporation)**
*17ST06343 SK* /9/

```
Doc#.  1729355018 Fee:  $52.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 10/20/2017 09:48 AM Pg:  1 of 3

Dec ID 20170901624339
ST/CO Stamp 0-444-678-080 ST Tax $62.00 CO Tax $31.00
City Stamp 1-081-180-096   City Tax: $651.00
```

**THIS INDENTURE**, made this 20th day of September, 2017, by and between U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE for QUEEN'S PARK OVAL ASSET HOLDING TRUST, a Delaware statutory trust, GRANTOR, party of the first part, and SECOND WIND INVESTMENTS, LLC, a Michigan limited liability company, GRANTEE, party of the second part, of

16604 Church St., Marcellus, MI **(GRANTEE'S ADDRESSES)**,

WITNESSETH, that said party of the first part, for and in consideration of the sum of TEN & 00/100 DOLLARS, and other good and valuable consideration in hand paid by the party of the second part, the receipt whereof is hereby acknowledged, by these presents does **REMISE, RELEASE, ALIEN AND CONVEY** unto said party of the second part, and to his heirs and assigns, FOREVER, all the following described land, situated in the County of Cook and State of Illinois, known and described as follows, to wit:

See attached Legal Description

***SUBJECT TO:*** Covenants, conditions and restrictions of record; building lines and easements; and general real estate taxes not due and payable as of September 20, 2017.

Permanent Real Estate Index Numbers: 25-32-214-049-0000

Address of Real Estate: 801 W. 129th Place, Chicago IL 60643

Together with all the singular and hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim or demand whatsoever, of the said party of the first part, either in law or equity, of, in and to the above described premises, with the hereditaments and appurtenances: **TO HAVE AND TO HOLD** said premises as above described, with the appurtenances, unto said party of the second part, his heirs and assigns forever.

And the said party of the first part, for itself and its successors, does covenant, promise and agree, to and with said party of the second part, their heirs and assigns, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited; and that said premises, against all persons lawfully claiming, or to claim the same, by, through or under it, it **WILL WARRANT AND FOREVER DEFEND.**

In Witness Whereof, said party of the first part has caused its name to be signed to these presents by its Agent the day and year first above written.

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE for QUEEN'S PARK OVAL ASSET HOLDING TRUST

By: *Larry A. Chambers, Attorney-in-Fact*
Larry A. Chambers, Attorney-in-Fact

**STATE OF ILLINOIS** )
) ss
**COUNTY OF COOK** )

I, the undersigned, a Notary Public in and for said County and State aforesaid, **DO HEREBY CERTIFY** that Larry A. Chambers, personally known to me to be the same person whose name is subscribed to the foregoing Special Warranty Deed, appeared before me this day in person and acknowledged that he signed and delivered said instrument as his free and voluntary act, and as the free and voluntary act and deed of the Grantor, for the uses and purposes therein set forth.

Given under my hand and official seal, this __20th__ day of __September__, __2017__

CARRIE ANNE GROLLER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 26, 2021

_____ (Notary Public)

*Prepared By*: Larry A. Chambers
Attorney at Law
3856 Oakton St.
Skokie, IL 60076

*Mail To:*

Ted Kowalczyk
6052 W. 63rd
Chgo, IL 60638

*Name & Address of Taxpayer:*

Second Wind Investments, LLC
PO Box 940
Lansing il 60438

# LEGAL DESCRIPTION

**Order No.:** 17ST06293SK

**For APN/Parcel ID(s): 25-32-214-049-0000**

The East 65 Feet of Lots 1, 2, 3, 4, 5, 6 and 7 in Block "G" New Roseland Subdivision Number 2, being in the East 1/2 of the East 1/2 of the Northwest 1/4 of Section 32, Township 37 North, Range 14, East of the Third Principal Meridian, in Cook County, Illinois.